11th
Court of Appeals

                                                                  Eastland,
Texas

                                                             Memorandum
Opinion

 

In re Bill Everett, P.A.

No. 11-03-00168-CV B Original Mandamus Proceeding

 

Relator has filed in this court a motion to
dismiss his petition for writ of mandamus. 
Relator states that the parties have reached a settlement in the
underlying case and that, therefore, there is no longer a basis for the
petition for writ of mandamus.

The motion is granted, and the proceeding is
dismissed.

 

PER CURIAM

 

June 18, 2003

Not designated for publication.  See TEX.R.APP.P. 47.2(a).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.